WILLIAM P. LOHR, Appellant, *v.* ARTHUR E. HEDSTROM et al., Respondents.

Reported below, 155 App. Div. 944.
(Submitted June 1, 1914; decided June 9, 1914.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 19, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for alleged negligence.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Frank C. Ferguson* for motion.

No one opposed.

Motion granted.

In the Matter of the Application of the BOARD OF WATER SUPPLY on Behalf of the City of New York, Respondent, to Acquire Real Estate.

FRANK V. BISHOP et al., Appellants.

(Submitted June 1, 1914; decided June 9, 1914.)

Motion to amend remittitur so as to award costs in this court only, instead of in both courts, granted. (See 211 N. Y. 174.)